# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY GEORGIA

| | |
|---|---|
| WILLIAM M. FORD, | : |
| Plaintiff | : |
| v. | : 1:04-CV-42 (WLS) |
| OFFICER COZIE RAY, and OFFICER BOBBY J. McKINNEY, | : |
| Defendants | : |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge filed on November 2, 2005. (Doc. 22). It is recommended that Plaintiff's Motion for Default Judgment as to Defendant Cozie Ray (Doc. 13) be denied. It is also recommended that Plaintiff's Motion for Partial Summary Judgment as to Defendants (Doc. 13) be denied without prejudice. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 22) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Plaintiff's Motion for Default Judgment as to Defendant Cozie Ray (Doc. 13) is **DENIED**; and Plaintiff's Motion for Partial Summary Judgment (Doc. 13) is **DENIED WITHOUT PREJUDICE**.

**SO ORDERED**, this 27th day of December, 2005.

/s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**