IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| WILLIAM M. FORD, | : | |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | 1:04-CV-042 (WLS) |
| | : | |
| CORDELE POLICE DEPT., et. al., | : | |
| | : | |
| Respondents | : | |
| | : | |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 8), filed on June 13, 2005. It is recommended pursuant to 28 U.S.C. § 1915(e)(2) that the Cordele Police Department and Sergeant Williams be dismissed as Defendants. *Id.* Petitioner did not file a timely objection to the instant Report and Recommendation.[1]

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 8) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, the Cordele Police Department and Sergeant Williams are **DISMISSED** as Defendants in the above-captioned action.

**SO ORDERED**, this   28th   day of March, 2006.

    /s/W. Louis Sands
**W. LOUIS SANDS, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Petitioner filed a response to the instant Recommendation on July 22, 2005. (Doc. 12). The Court finds that Petitioner's objections were not timely filed in that they were not signed until July 21, 2005, and were not received and docketed by the Clerk until July 22, 2005, well past the June 30, 2005 deadline imposed by Judge Hodge's Recommendation. (Doc. 12; *see also* Docket). The Court also finds that Petitioner fails to raise anything of significance, explain, or request to be excused for untimeliness. (*See* Doc. 12).